**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1072**

_____

DENNIS SHIPMAN,

  Plaintiff - Appellant,

    v.

SOMERSET COUNTY (MD); SOMERSET COUNTY DEPARTMENT OF TECHNICAL & COMMUNITY SERVICES (MD); KIRK SIMPKINS; W. NEWTON JACKSON, MD Circuit Court Judge, individually and in his official capacity,

  Defendants - Appellees.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:22-cv-03111-GLR)

_____

Submitted:  September 5, 2023                     Decided: October 6, 2023

_____

Before WILKINSON, GREGORY, and RICHARDSON, Circuit Judges.

_____

Affirmed as modified by unpublished per curiam opinion.  Judge Gregory dissents.

_____

Dennis Shipman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Shipman appeals the district court's order dismissing his complaint and request for a preliminary injunction and temporary restraining order for failure to comply with Fed. R. Civ. P. 8(a), 65(b).  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order, but we modify the judgment to reflect that the dismissal is without prejudice.[*] *Shipman v. Somerset Cnty. (MD)*, No. 1:22-cv-03111-GLR (D. Md. Jan. 10, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

---

[*] Judge Gregory voted to vacate the district court's order and remand with instructions to allow Shipman an opportunity to amend his complaint.

2